DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES GILLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1838

_____

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

James Gilley, pro se.

PER CURIAM.

     Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.